**FILED**

01/31/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0370

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0370

_____

HAMLIN CONSTRUCTION AND
DEVELOPMENT COMPANY INC., a Montana
Corporation; JERRY HAMLIN and BARBARA
HAMLIN, Individually and as TRUSTEES OF
THE HAMLIN FAMILY REVOCABLE LIVING
TRUST,

        Plaintiffs and Appellants,

   v.

MONTANA DEPARTMENT OF
TRANSPORTATION; JOHN DOES 1-5; JANE
DOES 1-5; ABC ENTITIES, ORGANIZATIONS
OR AGENCIES 1-5,

        Defendants and Appellees.

_____

O R D E R

Counsel for Appellants have filed an unopposed motion for a 30-day extension of time within which to file their reply brief.

Pursuant to M. R. App. P. 13(1), "The appellant may serve and file a reply brief within 14 days after service of the brief of the appellee." The Court notes that Appellees' brief was filed January 7, 2022. Appellants' reply brief therefore was due on January 21, 2022.

IT IS HEREBY ORDERED that Appellees have until February 22, 2022, within which to prepare, serve, and file their reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 31 2022